ARMOND BROWN, JARONET S. WHITAKER, ET AL

VERSUS

KEVIN D. THOMPSON, EDWARD J. GAIDRY, JR. AND THE LAW OFFICE OF E. JAMES GAIDRY, JR., ET AL

NO. 24-C-371

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

_____ September 30, 2024 _____

Susan Buchholz
Chief Deputy Clerk

N RE EDWARD JAMES GAIDRY, JR., THE LAW OFFICES OF E. JAMES GAIDRY, JR. AND CONTINENTAL CASUALTY COMPANY

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 805-569

Panel composed of Judges Stephen J. Windhorst,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

In this legal malpractice case arising from a lawsuit concerning the shooting and death of Jairon Brown by Michael George Romano, an officer with the Kenner Police Department, defendants Edward James Gaidry, Jr., the Law Offices of E. James Gaidry, Jr., and Continental Casualty Company, seek supervisory review of the trial court's July 22, 2024 judgment granting a partial motion for summary judgment for plaintiffs, the surviving parents and siblings of decedent, and denying a partial motion for summary judgment filed by defendants.

The Supreme Court has instructed the appellate courts to exercise supervisory jurisdiction when (1) an appellate reversal will terminate the litigation, (2) there is no dispute of fact to be resolved, and (3) the trial court decision is arguably incorrect. *Herlitz Constr. Co. v. Hotel Inv'rs of New Iberia*, 396 So. 2d 878 (La. 1981). These factors have not been met in this case. A reversal of the trial court's grant of the plaintiffs' partial summary judgment and denial of defendants' partial motion for summary judgment will not terminate the litigation. Relators have an adequate remedy on appeal. This writ is therefore denied.

Gretna, Louisiana, this 30th day of September, 2024.

**TSM**
**SJW**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/30/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-371**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Brian G. Shearman (Respondent)           David S. Daly (Relator)
Charles V. Cusimano, III (Respondent)    Elliot M. Lonker (Relator)
                                          John H. Denenea, Jr. (Respondent)

### MAILED

Brandon P. Shearman (Respondent)         Kevin D. Thompson (Respondent)
Attorney at Law                          Attorney at Law
3004 David Drive                         7921 Park Avenue
Metairie, LA 70003                       Houma, LA 70364